We are to have multiple factors, we should not try them. In fact, our approach calls for the balancing of the individuals, an approach which no act is equal. We are still asking that the overall determination outcome is one in which three or five of these actual questions are asked and the role of the desired factors. As the quote in this course means in the writing of this speech, the situation will not say we cannot readily say that the ultimate conclusion as to whether the workers are employees or individual contractors is one in all. If the job of argument today was to pinpoint benefits, how can we draw the blame from the experience during this year's competition that is so fact-intensive? How will you throw it on the table? Will you try to take a little bit of the impact of each of these and everything you can? I would say that certainly there's another part to this. Certainly, I certainly agree with what you're saying. It may not necessarily be a matter of all because it is so fact-intensive, and it is one in which we find a lot of cases that makes it one thing for an area and one thing for  Especially as age from nine to five years has to be balanced on a case-by-case basis. Will this help you steer the course? Or would it be better to continue now than to let this speech be considered for now? Well, I don't think it will. In which case, you know, there may be cases where I saw some part of it that you have on your test, and you have lost, and put it on your test trial, and sent it back to the test, and so forth. I mean, simply knowing that this particular content that you're given in the test trial is just facts as to how the dog was treated in the workplace and what he was emotionally in contact with it. Well, I think that there's really no No, no. No, I think that it's kind of a It's kind of a It's kind of a It's kind of a Under the CAC, or the parole board, is the majority of the issue in the contractual process. Of course, you can draw a parole board based on many factors that must be considered. It doesn't necessarily say you should expect to have a parole board in your office since you just don't have factors that you would expect to have in your system. But there are many factors that are laid out in the last motion of this one issue. These are all factors. I don't think there's much more to it, which is to say that you can think about how the dog was treated. I don't think there's much more to it as to how the dog was treated. I don't think there's much more to it as to how the dog was treated. I mean, that's my favorite part of the case. I mean, the fact that she gets to be the agent in that process. You may disagree with what the legal consequences of the agency are. I will need to see if there's material evidence that will cause this to be a problem and I need to know. None of the factors would exist if you were going to say, they said, I simply said why, and that's the material evidence. Well, I think it's possible. Well, it's possible. There's a lot of things that are laid out. There's a lot of facts. Every single fact is a fact, and that's what's being determined. Whether a treat is bad. This one is actually the best. It was worth R&D. We actually spent time to treat a dog in a certain way. This is a dog for all kinds of reasons. She's definitely dangerous, and that's what the courts do. How would you assess the terrain of the scene? Can you find, what would you say can you find? Can you? Right. Can you find anything that you don't like about her other than that she's a little funny? Right. She's funny, but she doesn't do the best in the way that she's shown. The first issue with the court was whether or not a dog actually was responding actually exerted control over her. And what's interesting about that is the issue of exclusivity. We want the dog really in an exclusive case respond to the person. One issue here is that the dog was actually accepting comments that were not the purpose of that court's suit. That's why I'm sorry, I'm so silly. The court issued a product that was created of all the damage in this deposition. It also emerged that the dog at the point we also made in this deposition was confused by the dog's response because she knew that if her response were to find out that she was selling out the dog's products, that we were trying to extort her. And we issued a product that we sold. We should also let folks listen to this example. Exclusivity, most probably, is something that people conclusion that falls into employee risk and is contradictory. He said, if you are selling these products, would you ever continue on to the next category without your collaboration to do it? And he didn't know how to do it. I guess there's a little side goal there, right? It's something we're just asking people to do. I don't think that's a good question because as far as I'm concerned, it is. And I say, well, if you were to sell each of these products, so there is a good chance that you will be material, but they don't seem to be material. So that will show that he is selling additional products and would weigh into exclusivity rather than utility and exclusivity. And you know, a lot of guys say, well, this guy was trying to be fair. You know, he said, I can't afford him. I say, no, you always have to pay for it. Because he is material and he can't afford to be very fair to people. This company is just doing as much as it can. Well, I would say the fact that you were selling all of our stuff but at the fact that he was being taught and being told what not to buy and what not to buy might be scary in response to some of us when we were selling all of our stuff. But the truth is, yes, you were selling your stuff and you had to do it behind your back because he knew that he was going to be charged for that. And the fact that he was being taught and being told what not to buy might be scary in response to some of us             do it behind your back because he knew that he was going to be charged for that. And the truth is, yes, you were being taught what not to buy and what not to  might be scary in     were  our stuff.   that he     for that. And the in state three and yourself are in state three because clearly it's the creditor model. So they're different and they don't know the people's comments, they know that they are doing the right            thing. So I'm here to talk to you about the state three model. I'm here to talk to you about the state three model. I'm          talk to you about speaking on behalf of loe hi role role. I'm here to talk to you about the best practice   impaired people. I'm here to    best practice for speech impaired people. I'm here to talk about the best practice for speech practice for speech impaired  I'm here to talk talk to you about  practice for speech impaired you about practice for  people. I'm here to I'm here to  about practice for speech
judges: McKeown, Friedland, Lefkow